IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION



FILED
OCT 1 1 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

| | |
|---|---|
| CLAUDIA A. DE GONZALEZ, Individually and on behalf of Others Similarly Situated, <br><br> Plaintiffs, <br><br> V. <br><br> ALAVEN PHARMACEUTICALS, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § | 

CIVIL ACTION NO 5:10-CV-00958FB

### ORDER LIFTING STAY AND DISMISSING PLAINTIFF'S FLSA CLAIMS

On this date, came for consideration parties' Joint Motion to Lift Stay and Joint Stipulation to dismiss Plaintiff's individual and collective class FLSA claims. Having considered said Motion and Stipulation, the Court is of the opinion that said motion should, in all things, be GRANTED. It is therefore

ORDERED, ADJUDGED, and DECREED that the Joint Motion to Lift Stay is GRANTED. It is further

ORDERED, ADJUDGED and DECREED that in light of the United States Supreme Court's decision in *Christopher v. Smithkline Beecham Corp.*, 132 S.Ct. 2156 (2012), Plaintiff's individual and collective class FLSA claims are DISMISSED with prejudice. It is further

ORDERED, ADJUDGED and DECREED that Plaintiff's remaining claims are not dismissed and the parties shall continue discovery on all outstanding claims. It is further

ORDERED, ADJUDGED and DECREED that the parties will submit a proposed amended scheduling order within 10 days of the date of this Order.

It is so ORDERED.

SIGNED and ENTERED this  11  day of October 2012.

                                                UNITED STATES DISTRICT JUDGE
                                                FRED BIERY, CHIEF JUDGE